IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ED TEAGUE, II,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>REGENT FINANCIAL GROUP, INC., GINNIE MAE, GINNIE MAE, as Trustee for Securitized Trust Ginnie Mae REMIC 2011-066 Trust, FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and PLANET HOME LENDING, LLC,<br><br>　　　　　　　　Defendants. | 8:17CV416<br><br><br>ORDER |

This matter is before the Court on pro se plaintiff's notice of appeal, Filing No. 31. The plaintiff appeals judgment in favor of the defendants and against him. Filing No. 30. However, the plaintiff failed to pay the required $505.00 filing fee for the notice of appeal. *See* NECivR 3.2 and 3.3. Additionally, the plaintiff failed to file an affidavit or otherwise show this Court that he is entitled to proceed in forma pauperis on his appeal. Accordingly, the Court will give him 14 days from the date of this Order to file appropriate documentation showing he is entitled to appeal in forma pauperis or to pay the appropriate filing fee. The Clerk of Court shall forward the appropriate paperwork to plaintiff along with this Order via mail to plaintiff's last known address.

　IT IS SO ORDERED.

Dated this 18th day of July, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge